**SEDGWICK LLP**
RALPH A. CAMPILLO (BAR NO. 70376)
Email: ralph.campillo@sedgwicklaw.com
WENDY A. TUCKER (BAR NO. 121122)
Email: wendy.tucker@sedgwicklaw.com
MICHAEL M. WALSH (BAR NO. 150865)
Email: michael.walsh@sedgwicklaw.com
801 South Figueroa Street, 19th Floor
Los Angeles, CA  90017-5556
Telephone:     213.426.6900
Facsimile:      213.426.6921

Attorneys for Defendant
THOMAS P. SCHMALZRIED, M.D., A Professional Corporation and THOMAS P. SCHMALZRIED, M.D.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA (San Francisco)

| | |
|---|---|
| WAYNE JOLLY and CINDY JOLLY,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>DEPUY ORTHOPAEDICS, INC.; JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON, INC.; DEPUY INTERNATIONAL LTD; THOMAS P. SCHMALZRIED, M.D., THOMAS P. SCHMALZRIED, M.D., A PROFESSIONAL CORPORATION; and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | CASE NO.  CV-12-1974 JCS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1)**<br><br>Complaint served:       March 20, 2012<br>Removal Date:            April 20, 2012<br>Current Response Date: April 27, 2012<br>Agreed Response Date: May 27, 2012 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　　Defendants Thomas P. Schmalzried, M.D., a Professional Corporation and Thomas P. Schmalzried, M.D. ("Defendants") hereby request, and Plaintiffs Wayne Jolly and Cindy Jolly ("Plaintiffs") hereby agree to Defendants' request, for an extension of time for Defendants to file a response to Plaintiffs' Complaint.  Plaintiffs' Complaint was filed on March 2, 2012,

1

1  Defendants were served on or about March 20, 2012, and the case was removed on April 20,
2  2012.
3
4       THE PARTIES HAVE AGREED AND HEREBY STIPULATE to extend the time for
5  Defendants to respond to May 27, 2012.
6
7  DATED:  April 24, 2012                SEDGWICK LLP
8
9                                        By:       /s/ Michael M. Walsh
10                                           Ralph Campillo
                                             Wendy Tucker
11                                           Michael M. Walsh
                                             Attorneys for Defendants
12                                           THOMAS P. SCHMALZRIED, M.D., A
                                             Professional Corporation and THOMAS P.
13                                           SCHMALZRIED, M.D.
14
15
16 DATED:  April 24, 2012                SEEGER ● SALVAS LLP
17
18                                        By:       /s/ Adam R. Salvas
                                             Kenneth M. Seeger
19                                           Adam R. Salvas
                                             Brian J. Devine
20                                           Attorneys for Plaintiffs
                                             WAYNE JOLLY and CINDY JOLLY
21
22
23
24
25
26
27
28

2
**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1)**
LA/1162779v1

1  Pursuant to Section X of General Order No. 45 regarding Electronic Court Filing, I
2  hereby certify that the content of this document is acceptable to Adam R. Salvas, counsel for
3  Plaintiffs Wayne Jolly and Cindy Jolly, and that I have obtained counsel's authorization to affix
4  his electronic signature to this document.

5  DATED: April 24, 2012                    SEDGWICK LLP

                                            By:       /s/ Michael M. Walsh
                                                    Ralph Campillo
                                                    Wendy Tucker
                                                    Michael M. Walsh
                                                    Attorneys for Defendant
                                                    THOMAS P. SCHMALZRIED, M.D., A
                                                    Professional Corporation and THOMAS P.
                                                    SCHMALZRIED, M.D.

Dated: 4/27/12

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

3
**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1)**
LA/1162779v1

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is Sedgwick LLP, 801 South Figueroa Street, 19th Floor, Los Angeles, California 90017-5556.  On April 26, 2012, I served the within document(s):

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1)**

☐     MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California.

☒     ELECTRONIC MAIL – by serving via CM/ECF to the United States District Court, Central District of California, addressing all parties appearing on the Courts ECF service list.

| | |
|---|---|
| Kenneth M. Seeger<br>Adam R. Salvas<br>Brian J. Devine<br>SEEGER ● SALVAS LLP<br>455 Market Street, Suite 1530<br>San Francisco, CA 94105<br><br>Telephone: (415) 981-9260<br>Facsimile: (415) 981-9266 | Attorneys for Plaintiffs<br>WAYNE JOLLY and CINDY JOLLY |
| Alexander G. Calfo<br>Kelley S. Olah<br>Gabrielle Anderson-Thompson<br>YUKEVICH CALFO & CAVANAUGH<br>355 S. Grand Avenue, 15fr Floor<br>Los Angeles, CA 90071-1560<br><br>Telephone: (213) 362-7777<br>Fax: (213) 362-7788<br>ACalfo@yukelaw.com<br>KSpencer@yukelaw.com | Attorneys for Defendant<br>DePUY ORTHOPAEDICS, INC. |

I declare that I am employed in the office of a member of the bar of this court at who direction the service was made.

Executed at Los Angeles, California on April 26, 2012.

                                           /s/Barbara Fergerson
                                             Barbara Fergerson

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1)**

LA/1162779v1